UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT STEUDL,

    Plaintiff,

v.                                          Case No: 8:15-cv-2624-T-36TGW

CREDIT PROTECTION ASSOCIATION,
L.P.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation of Dismissal (Doc. 22). In accord with the Joint Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal is **APPROVED** (Doc. 22).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 2, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record